```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF ILLINOIS
                       EASTERN DIVISION
```

DIONNE WOODSON,                        )
                                       )
                 Plaintiff,            )
                                       )
     v.                                )    No.  07 C 4039
                                       )
MENLO WORLDWIDE LOGISTICS, INC.,       )
                                       )
                 Defendant.            )

<u>MEMORANDUM</u>

In response to this Court's July 20, 2007 memorandum order, counsel for plaintiff Dionne Woodson have provided a useful submission as to the Illinois contacts that from their perspective justify the retention of the case in this judicial district. That submission has effectively spoken to the concerns that originally motivated this Court's directive, and it will accordingly give no further consideration to any possibilities of transfer unless and until they may be advanced by defense counsel with appropriate support.

                        _____
                        Milton I. Shadur
                        Senior United States District Judge

Date:  August 3, 2007